**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOYCE BEATTY,

*Plaintiff,*

v.

DONALD J. TRUMP *et al.*,

*Defendants*.

No. 25 Civ. 4480 (CRC)

**MOTION TO ADMIT ALEXANDER KRISTOFCAK *PRO HAC VICE***

The undersigned, Nathaniel A.G. Zelinsky, an attorney admitted to the to the Bar of this Court and in good standing, respectfully moves for the admission of Alexander Kristofcak *pro hac vice* as counsel for Plaintiff Joyce Beatty in this proceeding, pursuant to Local Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia. Mr. Kristofcak is a member in good standing of the Bar of New York. His Certificate of Good Standing is attached hereto. Also attached, is Mr. Kristofcak's Declaration For Pro Hac Vice Admission. He is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency. Finally, the undersigned is satisfied that Mr. Kristofcak possesses the character and skills required of a member of the Bar of this Court.

1

Accordingly, the undersigned respectfully requests admission of Alexander Kristofcak *pro hac vice* as representative of Plaintiff Joyce Beatty in this proceeding.

Dated: March 10, 2026                              Respectfully submitted,

/s/ Nathaniel A.G. Zelinsky
NATHANIEL A.G. ZELINSKY,
 (D.C. Bar No. 1724093)
WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
202-521-8750
nzelinsky@washingtonlitigationgroup.org

*Counsel for Plaintiff*